AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

|                  | DISTRICT OF |          |
|------------------|-------------|----------|
| Southern         |             | New York |

JASON ALLEN, Individually and On Behalf of All Others
Similarly Situated,

                                Plaintiff,

                 vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL
J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA
PROPPER de CALLEJON, JAMES R. KACKLEY, ECKHART G. GROHMANN,
PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD
ADAMS, INC., and PACIFIC GROWTH EQUITIES, LLC,

                                Defendants.

**APPEARANCE**

Case Number:  08 CV 1992

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    Orion Energy Systems, Inc.              Patrick J. Trotter
    Neal R. Verfuerth
    Daniel J. Waibel
    Thomas A. Quadracci
    Michael J. Potts
    Diana Propper de Callejon
    James R. Kackley
    Eckhart G. Grohmann

I certify that I am admitted to practice in this court.

| 4/11/2008 |  |
|-----------|--|
| Date      | Signature |

| Jerome S. Hirsch | JH5650 |
|------------------|--------|
| Print Name       | Bar Number |

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
Address

| New York | NY    | 10036    |
|----------|-------|----------|
| City     | State | Zip Code |

| (212) 735-3000 | (212) 735-2000 |
|----------------|----------------|
| Phone Number   | Fax Number     |

<u>CERTIFICATE OF SERVICE</u>

          The undersigned, an attorney duly admitted to practice law before this

Court, hereby certifies under penalty of perjury, that on April 11, 2008, I caused a true

copy of the

-     *Appearance*

to be served upon the following party as indicated:


<u>By First-Class Mail</u>

D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Richard A. Maniskas
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087


Dated:  New York, New York
       April 11, 2008

                                   Steven Ray Katzenstein