⚖AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

AFSHIN MONSEFI, Individually and On Behalf of All Others
Similarly Situated,

        Plaintiff,

vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. KACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LLC,

        Defendants.

**APPEARANCE**

Case Number: 08 CV 1992

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Orion Energy Systems, Inc.
Neal R. Verfuerth
Daniel J. Waibel
Thomas A. Quadracci
Michael J. Potts
Diana Propper de Callejon
James R. Kackley
Eckhart G. Grohmann
Patrick J. Trotter

I certify that I am admitted to practice in this court.

| 4/21/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Bryan Levine | BL0673 |
|---|---|
| Print Name | Bar Number |

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 735-3000 | (212) 735-2000 |
|---|---|
| Phone Number | Fax Number |

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on April 21, 2008, I caused a true copy of the

- *Appearance*

to be served upon the following parties as indicated:

By First-Class Mail

D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Richard A. Maniskas
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Dated:  New York, New York
        April 21, 2008

_____
Steven Ray Katzenstein