**ORIGINAL**

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JASON ALLEN, Individually and on Behalf of *All
Others Similarly Situated*,                           :

                Plaintiff,          :   No. 08 Civ. 1992 (RJS)

          - against -                    :   **NOTICE OF MOTION**
                                                             **FOR ADMISSION**
ORION ENERGY SYSTEMS, INC., NEAL R     :   **PRO HAC VICE OF**
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.     **ANDREW J. FUCHS**
QUADRACCI, MICHAEL J. POTTS, DIANA       :
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.         :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC       :
GROWTH EQUITIES, LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that, upon the annexed Affidavit of Jerome S. Hirsch in Support of Motion for Admission Pro Hac Vice, and the annexed Affidavit of Andrew J. Fuchs, and attachments thereto, submitted herewith, defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter, through the undersigned, will move this Court before the Honorable Richard J. Sullivan, at the United States Courthouse, 500 Pearl Street, Room 615, New York, New York 10007, as soon as counsel may be heard, for an order pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York,

admitting Andrew J. Fuchs to practice *pro hac vice* in the above-captioned matter. For the Court's convenience, a form of Order is annexed hereto.

Dated: New York, New York
April 22, 2008

Respectfully submitted,

*/s/ Jerome S. Hirsch*
Jerome S. Hirsch (JH 5650)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

Attorneys for Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter

*Of Counsel*

Matthew R. Kipp
Donna L. McDevitt
Andrew J. Fuchs
Martin V. Sinclair, Jr.
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JASON ALLEN, Individually and on Behalf of *All Others Similarly Situated*,                :

                    Plaintiff,             :       No. 08 Civ. 1992 (RJS)

        - against -                        :       **AFFIDAVIT OF JEROME S. HIRSCH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

ORION ENERGY SYSTEMS, INC., NEAL R         :
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA         :
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.           :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC         :
GROWTH EQUITIES, LLC,

                    Defendants.
------------------------------------- x

Jerome S. Hirsch, being duly sworn, deposes and states that:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.

2. I am counsel in this matter for defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter. I am a member of the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York.

3. I make this affidavit in support of the motion, pursuant to Local Rule 1.3(c), for the admission of Andrew J. Fuchs to practice *pro hac vice* in the above-captioned matter. I know Mr. Fuchs to be of the highest character and fully recommend his admission. Mr. Fuchs serves as counsel to defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter. (See Affidavit of Andrew J. Fuchs, annexed hereto).

4. As shown in the Certificates of Admission annexed to his affidavit in support of his admission *pro hac vice*, Mr. Fuchs is a member in good standing of the bars of New York and Illinois. He is familiar with the Federal Rules of Civil Procedure and with the Rules of the United States District Court for the Southern District of New York. (See Affidavit of Andrew J. Fuchs annexed hereto).

_____
Jerome S. Hirsch

Sworn to before me
this 22nd day of April 2008.

_____
Notary Public

[Notary stamp: Notary Public, State of New York, Qualified in New York County, Commission Expires Nov. 5, 2011]

2

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JASON ALLEN, Individually and on Behalf of *All Others Similarly Situated*,     :

               Plaintiff,     :     No. 08 Civ. 1992 (RJS)

           - against -     :     **AFFIDAVIT OF ANDREW J. FUCHS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

ORION ENERGY SYSTEMS, INC., NEAL R VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. KACKLEY, ECHKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., AND PACIFIC GROWTH EQUITIES, LLC,     :

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF ILLINOIS      )
                          )ss:
COUNTY OF COOK     )

      Andrew J. Fuchs, being duly sworn, deposes and states that:

      1.    I am counsel in this matter for defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter.

      2.    I make this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. I am an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606, telephone number (312) 407-0700, facsimile number (312) 407-0411.

4. As shown in the Certificate of Admission annexed hereto, I am a member in good standing of the bars of New York and Illinois. I am admitted to practice before the United States District Court for the Northern District of Illinois. I am familiar with the Federal Rules of Civil Procedure and with the Rules of the United States District Court for the Southern District of New York.

Andrew J. Fuchs

Sworn to before me
this 21st day of April 2008

Notary Public

"OFFICIAL SEAL"
JOSEPH J. BELMAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/27/2009

2

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANDREW J. FUCHS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 21st day of March, 2003 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 14, 2008

_Clerk of the Court_

3749

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Andrew J. Fuchs

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on April 25, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, April 17, 2008.

*Juleann Hornyak*

Clerk

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JASON ALLEN, Individually and on Behalf of *All Others Similarly Situated*,   :

           Plaintiff,   :   No. 08 Civ. 1992 (RJS)

      - against -   :   **ORDER**

ORION ENERGY SYSTEMS, INC., NEAL R   :
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA   :
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.   :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC   :
GROWTH EQUITIES, LLC,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Andrew J. Fuchs, and good cause having been shown,

    IT IS SO ORDERED, this ___ day of April 2008, that such motion is GRANTED.

                              _____
                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT
                              JUDGE

## CERTIFICATE OF SERVICE

The undersigned an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on April 22, 2008, I caused a true and correct copy of the

*Notice of Motion for Admission Pro Hac Vice of Andrew J. Fuchs* with the annexed *[Proposed] Order and Affidavit of Jerome S. Hirsch in Support of Motion for Admission Pro Hac Vice* sworn to on the 22nd day of April 2008 and *Affidavit of Andrew J. Fuchs in Support of Motion for Admission Pro Hac Vice* sworn to on the 21st day of 2008.

To be served upon the following parties by First-Class mail:

Evan J. Smith, Esq.
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, NY 11501
Telephone: (516) 741-4977
Fascimile: (516) 741-0626

Richard A. Maniskas, Esq.
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fascimile: (610) 667-7056

Dated: New York, New York
April 22, 2008

*[signature]*

Steven R. Katzenstein