SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JASON ALLEN, Individually and on Behalf of *All
Others Similarly Situated*,         :

               Plaintiff,         :   No. 08 Civ. 1992 (RJS)

            - against -         :   **ORDER**

ORION ENERGY SYSTEMS, INC., NEAL R   :
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA   :
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.     :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC   :
GROWTH EQUITIES, LLC,

               Defendants.
------------------------------------ x

      Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Matthew R. Kipp, and good cause having been shown,

      IT IS SO ORDERED, this 29th day of April 2008, that such motion is GRANTED.

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT
                                                JUDGE

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/30/08 stamp]