AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

**APPEARANCE**

Allen v. Orion Energy Systems, Inc., et al.

Case Number: 08 cv 1992

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter.

I certify that I am admitted to practice in this court.

| 5/9/2008 | s/ Donna L. McDevitt |
|---|---|
| Date | Signature |

| Donna L. McDevitt | IL 6198615 |
|---|---|
| Print Name | Bar Number |

Skadden Arps, 333 W. Wacker Dr., Suite 2100
Address

| Chicago | Illinois | 60606 |
|---|---|---|
| City | State | Zip Code |

| (312) 407-0700 | (312) 407-0701 |
|---|---|
| Phone Number | Fax Number |