AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

**APPEARANCE**

**Allen v. Orion Energy Systems, Inc., et al.**

Case Number: 08 cv 1992

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/9/2008 | s/ Matthew R. Kipp |
| Date | Signature |
| | Matthew Robert Kipp — IL 6201470 |
| | Print Name — Bar Number |
| | Skadden Arps, 333 W. Wacker Dr., Suite 2100 |
| | Address |
| | Chicago — Illinois — 60606 |
| | City — State — Zip Code |
| | (312) 407-0700 — (312) 407-0701 |
| | Phone Number — Fax Number |